CITY OF VENTNOR, appellant,

*v.*

J. HARRY FULMER et al., respondents.

[Decided April 28th, 1922.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *92 N. J. Eq. 478.*

*Messrs. Bourgeois & Coulomb,* for the appellant.

*Mr. Theodore W. Schimpf,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—14.

*For reversal*—None.